STATE of Vermont, Dept. of Taxes v. TRI–STATE INDUSTRIAL LAUNDRIES, INC., No. 320-79

November 9, 1979. Defendant's motion to strike is denied.

William GILWEE and Lynda Gilwee v. TOWN OF BARRE, Lague, Inc. and M & B Railroad, No. 96-78

November 13, 1979. Motion for permission to file brief out of time granted.

Daley, J.

Alice M. OHLAND v. Henry N. OHLAND, No. 158-79

November 13, 1979. Appeal dismissed for failure to comply with the order dated October 10, 1979.

ROCHESTER FAST FOODS, INC. v. Marshall MALOOF, John P. Hanzas, and Patricia Ann Hanzas, No. 57-79

November 14, 1979. Appeal dismissed for failure to comply with the order dated October 10, 1979.

STATE of Vermont v. Robert A. PARKER, No. 370-79

November 14, 1979. Henry C. Brislin is hereby assigned as counsel for the defendant in the above-entitled appeal. 12 V.S.A. App. VIII, A.O. 4.

Neil MARTIN v. TOWN OF SPRINGFIELD, No. 406-79

November 14, 1979. Motion for permission to appeal denied. V.R. A.P. 5(b)(1).

Alice M. OHLAND v. Henry N. OHLAND, No. 158-79

November 15, 1979. Appellant's motion to vacate this Court's order of dismissal of this appeal is denied.

ST. JOHNSBURY ELECTRIC COMPANY, INC. v. THE HANOVER INSURANCE COMPANIES, No. 339-79

November 15, 1979. Upon payment of one hundred dollars terms to the clerk of this Court for the benefit of the appellee, appellant shall proceed without transcript and file printed case and brief on or before December 4, 1979, otherwise appeal will be dismissed.

Cornelius O. GRANAI v. Calvin S. BOGIE and Audrey L. Bogie, No. 342-79

November 15, 1979. Motion of Pierson, Affolter & Wadhams, at-